```
 1  THE BAINER LAW FIRM
    Matthew Bainer (SBN 220972)
 2  1901 Harrison St., Suite 1100
    Oakland, California 94612
 3  Telephone:  (510) 922-1802
    Facsimile:   (510) 844-7701
 4  mbainer@bainerlawfirm.com

 5
    SEYFARTH SHAW LLP
 6  Jon D. Meer (SBN 144389)
    jmeer@seyfarth.com
 7  Jonathan L. Brophy (SBN 245223)
    jbrophy@seyfarth.com
 8  Monica Rodriguez (SBN 299026)
    morodriguez@seyfarth.com
 9  2029 Century Park East, Suite 3500
    Los Angeles, California 90067-3021
10  Telephone:  (310) 277-7200
    Facsimile:   (310) 201-5219
11  Attorneys for Defendants
    DELAWARE NORTH COMPANIES
12  TRAVEL HOSPITALITY SERVICES, INC.

13
    Attorneys for Plaintiff Linda Collier And All
14  Others Similarly Situated
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA COLLIER, individually, and on behalf of all other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiff,<br><br>v.<br><br>DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, INC. a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:17-cv-01938-R (KKx)<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:           May 7, 2018<br>Time:          10:00 a.m.<br>Courtroom:  880<br><br>Complaint Filed: August 23, 2017<br>FAC Filed:         December 19, 2017<br>SAC Filed:         February 12, 2018<br>Trial Date:         August 21, 2018 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on **May 7, 2018** at 10:00 a.m., or as soon thereafter as may be heard, before the Honorable Manuel L. Real in Courtroom 880 of the above-entitled court, located at 255 East Temple Street, Los Angeles, CA 90012, Plaintiff Linda Collier ("Plaintiff") and Defendant Delaware North Companies Travel Hospitality Services, Inc. ("Defendant") will move, and hereby do move, for entry of an Order, pursuant to Fed. R. Civ. Proc. 23(e), for approval of the concurrently-filed Joint Stipulation of Class Action Settlement and Release of Claims ("Settlement"), whereby this Court would:

(1) Grant preliminary approval of the Settlement;

(2) Conditionally certify the proposed class, comprised of "all current and former employees who held non-exempt or hourly positions with Defendant at Ontario and LAX airports at any time between August 23, 2013 through the date of Preliminary Approval of the settlement or 120 days after the execution of the Agreement, whichever occurs earlier," for settlement purposes only;

(3) Appoint Plaintiff's counsel, The Bainer Law Firm, as Class Counsel;

(4) Approve the form and proposed manner of distribution of the class notice and related forms to class members;

(5) Approve the proposed schedule for the dissemination of notice to class members as well as deadlines for class members to submit a Claim Form, Objection Form, or Request for Exclusion;

(6) Schedule a hearing on final approval and Plaintiff's application for attorneys' fees and litigation expenses at which class members may be heard;

(7) Create a schedule for filings for the Final Fairness Hearing, including Plaintiff's application for attorneys' fees and costs; and,

(8) Appoint Simpluris as the third-party settlement administrator.

1  This Joint Motion is made on the grounds that the Settlement is fair, reasonable,
2  and adequate, as well as being the product of adverse parties involved in arm's-length,
3  good-faith negotiations involving experienced class counsel.
4  This Joint Motion will be and is based on this Notice of Motion and Motion; the
5  concurrently-filed supporting Memorandum Of Points And Authorities In Support Of
6  Joint Motion For Preliminary Approval Of Class Action Settlement; the concurrently-
7  filed Joint Stipulation of Class Action Settlement, fully executed as of February 7, 2018,
8  (including the four exhibits attached thereto), Amendment One to the Joint Stipulation of
9  Class Action Settlement; the accompanying Declarations of Jon D. Meer and Matthew
10 Bainer and accompanying Exhibits; the accompanying Proposed Order; and all other
11 papers and records on file in this matter.

DATED: March 30, 2018         Respectfully submitted,

                              THE BAINER LAW FIRM


                              By:  /s/ Matthew Bainer
                                   Matthew Bainer
                                   Attorneys for Plaintiff
                                   LINDA COLLIER


DATED: March 30, 2018         Respectfully submitted,

                              SEYFARTH SHAW LLP


                              By:  /s/ Monica Rodriguez
                                   Jon D. Meer
                                   Jonathan L. Brophy
                                   Monica Rodriguez
                                   Attorneys for Defendants
                                   DELAWARE NORTH COMPANIES
                                   TRAVEL HOSPITALITY SERVICES, INC.

1  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this
2  document is acceptable to Matthew Bainer, counsel for Plaintiff Linda Collier, and that I
3  have obtained Mr. Bainer's authorization to affix his electronic signature to this
4  document.

SEYFARTH SHAW LLP


By:   /s/ Monica Rodriguez
     Monica Rodriguez
     Attorneys for Defendants
     DELAWARE NORTH COMPANIES
     TRAVEL HOSPITALITY SERVICES, INC.