SEYFARTH SHAW LLP
Jon D. Meer (SBN 144389)
E-mail: jmeer@seyfarth.com
Jonathan L. Brophy (SBN 245223)
E-mail: jbrophy@seyfarth.com
Monica Rodriguez (SBN 299026)
morodriguez@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
DELAWARE NORTH COMPANIES TRAVEL
HOSPITALITY SERVICES, INC.

Matthew R. Bainer, Esq. (SBN 220972)
THE BAINER LAW FIRM
1901 Harrison St., Suite 1100
Oakland, California 94612
Telephone:  (510) 922-1802
Facsimile:   (510) 844-7701
mbainer@bainerlawfirm.com

Attorneys for Plaintiff Linda Collier

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA COLLIER, individually, and on behalf of all other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),, <br><br> Plaintiff, <br><br> v. <br><br> DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, INC. a Delaware corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case N No. 5:17-cv-01938-R (KKx) <br><br> *[Hon. Manuel Real]* <br><br> **CLASS ACTION** <br><br> **NOTICE OF MOTION AND JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date:  September 17, 2018 <br> Time:  10:00 a.m. <br> Courtroom:  880 <br><br> Complaint Filed:  August 23, 2017 <br> Trial Date:  August 21, 2018 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 17, 2018, at 10:00 a.m., or as soon thereafter as may be heard, before the Honorable Manuel Real, in Courtroom 880 of the above-entitled court, located at 255 East Temple Street, Los Angeles, CA 90012, Plaintiff Linda Collier ("Plaintiff"), and Defendant Delaware North Companies Travel Hospitality Services, Inc. ("Defendant") (collectively, the "Parties") will move, and hereby do move, for entry of an Order, pursuant to Fed. R. Civ. Proc. 23(e), for final approval of the previously-filed Joint Stipulation of Class Action Settlement and Release of Claims ("Settlement"), whereby this Court would:

(1) finally approve the Settlement as fair, reasonable, and adequate under Fed. R. Civ. Proc. 23(e);

(2) finally certify the class action for settlement purposes;

(3) appoint Plaintiff's Counsel, Matthew R. Bainer, Esq. of the The Bainer Law Firm, as Class Counsel;

(4) appoint Simpluris, Inc. as the third-party settlement administrator;

(5) appoint Plaintiff as the Class Representative for settlement purposes; and

(6) enter final judgment in the form of the [Proposed] Final Approval Order filed herewith.

This motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the accompanying Declaration of Norman Alcantara, the accompanying Declaration of Monica Rodriguez, the previously-filed Declaration of Matthew Bainer [Dkt. No. 30-3], the previously-filed Declaration of Jon D. Meer [Dkt. No. 30-2], the accompanying [Proposed] Order and Entry of Judgment, any argument of counsel, and all papers and records on file in this matter.

DATED: August 20, 2018　　　Respectfully submitted,

　　　　　　　　　　　　　　THE BAINER LAW FIRM


By: */s/ Matthew Bainer*
　　Matthew Bainer
　　Attorneys for Plaintiff
　　LINDA COLLIER

DATED: August 20, 2018　　　Respectfully submitted,

　　　　　　　　　　　　　　SEYFARTH SHAW LLP


By: */s/ Monica Rodriguez*
　　Jon D. Meer
　　Jonathan L. Brophy
　　Monica Rodriguez
　　Attorneys for Defendants
　　DELAWARE NORTH COMPANIES
　　TRAVEL HOSPITALITY SERVICES, INC.

　　　Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Monica Rodriguez, hereby certify that the content of this document is acceptable to Matthew Bainer, counsel for Plaintiff, and that Mr. Bainer has provided his authorization to affix his electronic signature to this document.

　　　　　　　　　　　　　　*/s/ Monica Rodriguez*